No. 95–386. RICHARDS ET AL. *v.* JEFFERSON COUNTY, ALABAMA, ET AL. Sup. Ct. Ala. [Certiorari granted, *ante,* p. 983.]

Motion of National Association of Counties et al. for leave to file a brief as *amici curiae* granted.